IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| GENWORTH LIFE AND ANNUITY INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 7:09-CV-00236<br>)<br>) **ORDER** |
| SHEILA L. HARPER, | )<br>) By: Hon. James C. Turk |
| and | ) Senior United States District Judge<br>) |
| LYNETTE D. PAYNE, | )<br>) |
| Defendants. | ) |

In accordance with the accompanying Memorandum Opinion, Plaintiff Genworth Life and Annuity Insurance Company's Motion for Entry of Procedural Interpleader Order (Dkt. No. 4) is **GRANTED**; it is further

1. **ORDERED** that the Clerk of Court accept into the registry of the court Genworth's checks, the first in the amount of $14,318.76 and the second in the amount of $4,420.35, totaling $18,739.18, which represents the proceeds currently due and owing under the Deferred Annuities identified by the policy numbers ending in x4198 and x6807 (the "First Annuity" and the "Second Annuity," respectively), and which are the subject of this interpleader action file by Genworth;

2. **ORDERED** that the Clerk of Court accept into the registry of the court Genworth's subsequent checks representing the proceeds from the First and Second Annuities as the payments become due;

3. **ORDERED** that Defendants Sheila L. Harper and Lynette D. Payne are enjoined from instituting any proceeding in State or Federal court affecting the proceeds of the First and Second Annuities; and

4. **ORDERED** that Plaintiff Genworth Life and Annuity Insurance Company is dismissed from the instant action.

The Clerk of Court is directed to send a copy of this Order and accompanying Memorandum Opinion to Defendants and counsel of record for the Plaintiff.

ENTER: This 30th day of June, 2009.

Hon. James C. Turk
Senior United States District Judge